1  Kurt G. Calia (CA Bar No. 214300)
   Email: kcalia@cov.com
2  COVINGTON & BURLING LLP
   333 Twin Dolphin Drive
3  Redwood Shores, CA  94065
   Telephone:    650.632.4700
4  Facsimile:     650.632.4718

5  Elena DiMuzio (CA Bar No. 239953)
   Email: edimuzio@cov.com
6  COVINGTON & BURLING LLP
   One Front Street
7  San Francisco, CA 94111-5356
   Telephone:    415.591.6000
8  Facsimile:     415.591.6091

9  George F. Pappas (admitted *pro hac vice*)
   Email: gpappas@cov.com
10 Jessica Parezo (admitted *pro hac vice*)
   Email: jparezo@cov.com
11 Allison E. Kerndt (admitted *pro hac vice*)
   Email: akerndt@cov.com
12 COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue, NW
13 Washington, DC 20004-2401
   Telephone:    202.662.6000
14 Facsimile:     202.662.6291
15
16 *Attorneys for Defendant ALZA CORPORATION*

17                   **UNITED STATES DISTRICT COURT**
18                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. JAMES M. SWANSON, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>ALZA CORPORATION, a corporation,<br><br>    Defendant. | **Civil Case No. 4:12-cv-04579-PJH**<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONSES TO ALZA'S MOTION TO DISMISS (Civil L.R. 6-1(a))** |

1   Upon consideration of the parties' STIPULATION TO EXTEND TIME FOR
2   RESPONSES TO ALZA'S MOTION TO DISMISS (Civil L.R. 6-1(a)), the reasons for
3   modification of the briefing schedule on ALZA's Motion to Dismiss set forth therein, and
4   finding good cause for the requested extension, IT IS ORDERED that:

   a. Plaintiff will respond to Defendant's Motion to Dismiss by no later than
      December 28, 2012; and
   b. Defendant will file any reply by no later than January 9, 2013.

   The parties are advised that no other deadlines are affected by this Order.

   **IT IS SO ORDERED.**

   Dated: __12/14/12_____



[PROPOSED] ORDER GRANTING STIPULATION TO
EXTEND TIME FOR RESPONSES TO ALZA'S MOTION TO
DISMISS (Civil L.R. 6-1(a))
Civil Case No. 4:12-cv-04579-PJH