UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR JAMES M. SWANSON,

    Plaintiff,

    v.

ALZA CORPORATION,

    Defendant.

_____/

No. C 12-4579 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendant's motion to compel production of documents and electronically stored information, and further responses to interrogatories, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The portion of defendant's motion seeking an order suspending the current claim construction deadlines is <u>not</u> included in this referral. The parties may stipulate to change the schedule, but they should keep in mind that <u>Markman</u> hearing dates are limited, and that any proposed date for a <u>Markman</u> hearing must first be cleared with the undersigned judge's courtroom deputy.

**IT IS SO ORDERED.**

Dated: July 18, 2013

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: MagRef, Assigned M/J, counsel of record