United States District Court
Northern District of California

DR. JAMES M. SWANSON,

        Plaintiff,

   v.

ALZA CORPORATION,

        Defendant.

Case No.: CV 12-04579-PJH (KAW)

ORDER RE: PENDING MOTION TO COMPEL AND FURTHER DISCOVERY DISPUTES

On July 17, 2013, Defendant ALZA Corporation filed a motion to compel Dr. Swanson's Production of Documents and to modify the Case Schedule. (Dkt. No. 73.) On July 19, 2013, the portion of the motion seeking to compel discovery was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes.

On July 23, 2013, Defendant filed a letter seeking guidance from the Court regarding how to proceed in light of the Court's Standing Order that provides that formal motions to compel will not be entertained. (Dkt. No. 77.) Pursuant to the Standing Order, the parties are ordered to meet and confer to resolve the pending dispute. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Standing Order. The parties are hereby directed to the Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

    IT IS SO ORDERED.

DATE: July 24, 2013

                                                  KANDIS A. WESTMORE
                                                United States Magistrate Judge