United States District Court
Northern District of California

DR. JAMES M. SWANSON,

    Plaintiffs,

v.

ALZA CORPORATION,

    Defendants.

Case No.: CV 12-04579-PJH (KAW)

ORDER REGARDING JOINT DISCOVERY LETTER NO. 7

(Dkt. No. 165)

On May 2, 2014, the parties filed six joint letters addressing various discovery disputes, including Joint Letter No. 7, which pertains to Plaintiff's request to limit the number of Requests for Admission (RFA) each party can serve in this litigation. (Dkt. No. 165.)

The Federal Rules of Civil Procedure do not limit the number of RFAs a party may propound.  The Court recognizes that some of the additional RFAs Defendant ALZA has served were due to Plaintiff's objection over the definition of "You."  Accordingly, the Court will not limit the number of RFAs at this time, but if the use of this discovery device becomes abuse, the Court reserves the ability to impose such limitations.

Plaintiff is reminded that he has a continued duty to supplement all of his responses under the Federal Rules to ensure their accuracy.  Likewise, there is no need for Defendant to request further supplementation nor request that Plaintiff respond absent specific and legitimate objections.

IT IS SO ORDERED.

Dated: May 28, 2014

                                                  KANDIS A. WESTMORE
                                                  United States Magistrate Judge