UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. JAMES M. SWANSON,

    Plaintiff,

    v.

ALZA CORPORATION,

    Defendant.

_____/

No. C 12-4579 PJH

**NOTICE AND ORDER**

    Even though the post-claim construction case management conference ("CMC") is not scheduled to take place until June 26, 2014, as per the parties' stipulation, defendant ALZA Corporation has filed a motion for summary judgment. Defendant would normally be advised at the CMC of the court's practice to limit each party to one summary judgment motion without leave of court. In view of the early filing of the motion, defendant is hereby advised that this motion will be the only summary judgment motion permitted. The CMC will go forward on June 26, 2014.

**IT IS SO ORDERED.**

Dated: June 13, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge