UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. SWANSON,<br><br>Plaintiff,<br><br>v.<br><br>ALZA CORPORATION,<br><br>Defendant. | Case No. 12-cv-04579-PJH (KAW)<br><br>ORDER GRANTING IN PART AND DENYING IN PART ALZA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE JOINT LETTER AND EXHIBITS<br><br>Dkt. No. 189 |

On July 9, 2014, Defendant ALZA Corporation filed an administrative motion to seal small portions of the parties' July 9, 2014 Joint Letter and two accompanying exhibits based on Plaintiff's designation of materials as confidential pursuant to the Stipulated Protective Order. (Mot. to Seal at 1.) Plaintiff, as the designating party, was required to submit a declaration within 4 days of the filing of the administrative motion to seal to establish that all of the designated material is sealable. Civil L.R. 79-5(e)(1). Plaintiff did not do so.

Exhibit 1 of the Joint Letter is a privilege log produced by Plaintiff. Plaintiff produced a previous version of this privilege log on the public docket in relation to an earlier joint letter. (*See* Dkt. No. 161, Ex. 1.) Absent Plaintiff's supporting declaration, the Court cannot ascertain why the privilege log requires sealing, and denies the request to seal this document.

Exhibit 3 shall be filed under seal, and the quotations from the exhibit in the joint letter may also be redacted in the public record.

///

///

///

///

Accordingly, Defendant's motion is GRANTED IN PART AND DENIED IN PART. Defendant shall file Exhibit 1 in the public record within the timeframe set forth in Civil L.R. 79-5(e)(2). Exhibit 3 and the quotations contained in the joint letter are sealed.

IT IS SO ORDERED.

Dated: July 18, 2014

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge