UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. JAMES M. SWANSON,

    Plaintiff,

    v.

ALZA CORPORATION,

    Defendant.

_____/

No. C 12-4579 PJH

**ORDER**

On September 29, 2014, plaintiff filed a motion for administrative relief, seeking leave to file a brief in opposition to defendant's motion for summary judgment in excess of the number of pages allowed by Civil Local Rule 7-3(a). Under Civil Local Rule 7-11(b), defendant has until October 3, 2014 to oppose the administrative motion – two days after the opposition brief is due.

Accordingly, the court will shorten the time for defendant to oppose the administrative motion. Any written opposition shall be filed no later than 9:00 a.m. on September 30, 2014.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge